IDA C. HAZZARD et al., Appellants, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, Impleaded with Others.

Submitted June 3, 1940; decided June 11, 1940.

MOTION for reargument or to amend remittitur. Motion for reargument denied, with ten dollars costs and necessary printing disbursements, on the ground that it does not present either authority or reason for changing our decision that the liability of the corporate trustee though acting as a fiduciary was limited by the terms of the trust agreement. (*Benton* v. *Safe Deposit Bank of Pottsville,* 255 N. Y. 260.) Motion to amend the remittitur denied. (See 282 N. Y. 262.)